Emil Benke, appellee, v. J. F. Schwab, Jr., appellant. Gen. No. 32,227.

Opinion filed May 8, 1928.
Cassels, Potter & Bentley, for appellant; Ralph F. Potter and George C. Bunge, of counsel. Julius S. Neale, for appellee.
Mr. Justice Gridley delivered the opinion of the court.